**B1 (Official Form 1)(4/10)**

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Argentum Medical, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-4427015** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3700 N. Lake Shore Dr., #106**<br>**Chicago, IL**<br>ZIP Code **60613** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): **Argentum Medical, LLC**

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
   Signature of Attorney for Debtor(s)     (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Argentum Medical, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X  /s/ SCOTT R. CLAR**
Signature of Attorney for Debtor(s)

**SCOTT R. CLAR 06183741**
Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**
Firm Name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Address

**312-641-6777  Fax: 312-641-7114**
Telephone Number

**June 17, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Gregg N. Silver**
Signature of Authorized Individual

**Gregg N. Silver**
Printed Name of Authorized Individual

**Chairman, CEO**
Title of Authorized Individual

**June 17, 2011**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Argentum Medical, LLC**                                           Case No.
                                        Debtor(s)                            Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Benjamin L. England & Associates, LLC**<br>**6420 Dobbin Road**<br>**Suite E**<br>**Columbia, MD 21045** | **Benjamin L. England & Associates, LLC**<br>**6420 Dobbin Road**<br>**Suite E**<br>**Columbia, MD 21045** | | | **10,150.00** |
| **Brady Precision Converting, LLC**<br>**1801 Big Town Blvd**<br>**Suite 100**<br>**Mesquite, TX 75149** | **Brady Precision Converting, LLC**<br>**1801 Big Town Blvd**<br>**Suite 100**<br>**Mesquite, TX 75149** | | | **40,102.53** |
| **BSI Group America**<br>**Dept CH 19307**<br>**Palatine, IL 60055-9307** | **BSI Group America**<br>**Dept CH 19307**<br>**Palatine, IL 60055-9307** | | | **11,465.00** |
| **Carolina Silver Technologies LLC**<br>**618 Carolina Avenue**<br>**Maiden, NC 28650-0157** | **Carolina Silver Technologies LLC**<br>**618 Carolina Avenue**<br>**Maiden, NC 28650-0157** | | | **55,059.46** |
| **Charles River Associates**<br>**P.O.Box 845960**<br>**Boston, MA 02284-5960** | **Charles River Associates**<br>**P.O.Box 845960**<br>**Boston, MA 02284-5960** | | | **58,727.63** |
| **Chubb Group of Insurance Companies**<br>**PO Box 7777-1630**<br>**Philadelphia, PA 19175-1630** | **Chubb Group of Insurance Companies**<br>**PO Box 7777-1630**<br>**Philadelphia, PA 19175-1630** | | | **22,220.00** |
| **Custom Healthcare Systems, Inc.**<br>**4205 Eubank Road**<br>**Richmond, VA 23231** | **Custom Healthcare Systems, Inc.**<br>**4205 Eubank Road**<br>**Richmond, VA 23231** | | | **12,370.00** |
| **Freeborn & Peters**<br>**311 South Wacker Drive**<br>**Suite 3000**<br>**Chicago, IL 60606-6677** | **Freeborn & Peters**<br>**311 South Wacker Drive**<br>**Suite 3000**<br>**Chicago, IL 60606-6677** | | | **826,553.48** |
| **Frost, Ruttenberg & Rothblatt**<br>**111 Pfingsten Road**<br>**Suite 300**<br>**Deerfield, IL 60015** | **Frost, Ruttenberg & Rothblatt**<br>**111 Pfingsten Road**<br>**Suite 300**<br>**Deerfield, IL 60015** | | | **26,475.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Argentum Medical, LLC**                                   Case No.
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **G3 MEDICAL INC-G**<br>**81 THOMPSON ST**<br>**ASHEVILLE, NC 28803** | **G3 MEDICAL INC-G**<br>**81 THOMPSON ST**<br>**ASHEVILLE, NC 28803** | | | **15,137.25** |
| **Lantor (UK) Ltd.**<br>**St. Helens Road**<br>**Bolton, UK BL3 3 PR** | **Lantor (UK) Ltd.**<br>**St. Helens Road**<br>**Bolton, UK BL3 3 PR** | | | **11,139.01** |
| **LHB Industries**<br>**P. O. Box 798124**<br>**St. Louis, MO 63179-8124** | **LHB Industries**<br>**P. O. Box 798124**<br>**St. Louis, MO 63179-8124** | | | **13,931.35** |
| **Marketing Assessment Inc.**<br>**c/o Peter Chambers**<br>**Suite 145**<br>**Sterling, VA 20166** | **Marketing Assessment Inc.**<br>**c/o Peter Chambers**<br>**Suite 145**<br>**Sterling, VA 20166** | | | **10,000.00** |
| **Oliver, Price & Rhodes**<br>**1212 South Abington Road**<br>**Clarks Summit, PA 18411** | **Oliver, Price & Rhodes**<br>**1212 South Abington Road**<br>**Clarks Summit, PA 18411** | | | **30,651.15** |
| **Pabst Patent Group LLP**<br>**1545 Peachtree St**<br>**Suite 320**<br>**Atlanta, GA 30309** | **Pabst Patent Group LLP**<br>**1545 Peachtree St**<br>**Suite 320**<br>**Atlanta, GA 30309** | | | **77,729.30** |
| **Peter Chambers**<br>**Suite 145**<br>**Sterling, VA 20166** | **Peter Chambers**<br>**Suite 145**<br>**Sterling, VA 20166** | | | **45,000.00** |
| **Rockey, Depke & Lyons LLC**<br>**Sears Tower**<br>**Suite 5450**<br>**Chicago** | **Rockey, Depke & Lyons LLC**<br>**Sears Tower**<br>**Suite 5450**<br>**Chicago** | | | **76,524.68** |
| **Speciality Fibres & Materials Ltd.**<br>**P. O. Box 65**<br>**Harry Weston Road**<br>**Binley, Coventry CV3 2TQ** | **Speciality Fibres & Materials Ltd.**<br>**P. O. Box 65**<br>**Harry Weston Road**<br>**Binley, Coventry CV3 2TQ** | | | **25,835.44** |
| **Valerio Francavilla**<br>**Via Nicola Romeo**<br>**No. 3**<br>**Milano, ITALY 20142-0000** | **Valerio Francavilla**<br>**Via Nicola Romeo**<br>**No. 3**<br>**Milano, ITALY 20142-0000** | | | **7,120.00** |
| **Viering, Jentschura & Partner**<br>**P.O.Box 221443**<br>**Munchen, Munchen D-80504** | **Viering, Jentschura & Partner**<br>**P.O.Box 221443**<br>**Munchen, Munchen D-80504** | | | **10,420.80** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Argentum Medical, LLC**                                                                                            Case No.
                                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chairman, CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **June 17, 2011**                                   Signature   **/s/ Gregg N. Silver**
                                                                      **Gregg N. Silver**
                                                                      **Chairman, CEO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Argentum Medical, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:  **45**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **June 17, 2011**

**/s/ Gregg N. Silver**  
**Gregg N. Silver**/**Chairman, CEO**  
Signer/Title

| | | |
|---|---|---|
| Advanced Derma Solutions<br>Po Box 337<br>Veendam, Netherlands 09640-0000 | Charles River Associates<br>P.O. Box 845960<br>Boston, MA 02284-5960 | Echo Global Logistics Inc<br>Accounts Receivable<br>22168 Network Place<br>Chicago, IL 60673-1221 |
| AMSUS<br>9320 Old Georgetown Road<br>Bethesda, MD 20814 | Chubb Group of Insurance Companies<br>PO Box 7777-1630<br>Philadelphia, PA 19175-1630 | Emergo Consulting (UK) Limited<br>Thornbury Hill Lane<br>Nr Firbewck<br>Rotherham, UK S81 8JW |
| AT & T<br>P. O. BOX 105262<br>ATLANTA, GA 30348-5262 | CON-WAY FREIGHT, INC.<br>P. O. Box 642080<br>Pittsburgh, PA 15264-2080 | Freeborn & Peters<br>311 South Wacker Drive<br>Suite 3000<br>Chicago, IL 60606-6677 |
| Benjamin L. England & Associates, LLC<br>6420 Dobbin Road<br>Suite E<br>Columbia, MD 21045 | Cura Investment Group LLC<br>c/o Raul Brizuela<br>2571 Kaneville Ct.<br>Geneva, IL 60134 | Frost, Ruttenberg & Rothblatt<br>111 Pfingsten Road<br>Suite 300<br>Deerfield, IL 60015 |
| Brady Precision Converting, LLC<br>1801 Big Town Blvd<br>Suite 100<br>Mesquite, TX 75149 | Cura Surgical, Inc.<br>2571 Kaneville Court<br>Geneva, IL 60134 | G3 MEDICAL INC-G<br>81 THOMPSON ST<br>ASHEVILLE, NC 28803 |
| BSI Group America<br>Dept CH 19307<br>Palatine, IL 60055-9307 | Custom Healthcare Systems, Inc.<br>4205 Eubank Road<br>Richmond, VA 23231 | Gary Blaeser<br>1022 Liberty Bell Lane<br>Libertyville, IL 60048-3456 |
| C.H. Robinson Worldwide Inc.<br>P. O. Box 9121<br>Minneapolis, MN 55480-9121 | Data Supplies, Inc.<br>P.O.Box 102413<br>Atlanta, GA 30368-0413 | Gregg Silver<br>3700 North Lake Shore Drive<br>Apt 106<br>Chicago, IL 60613 |
| Carlton Fields P. A.<br>525 Okeechobee Blvd<br>Suite 1200<br>West Palm Beach, FL 33401 | David J. Barillo<br>719 Angus Court<br>Mt Pleasant, SC 29464 | Lantor (UK) Ltd.<br>St. Helens Road<br>Bolton, UK BL3 3 PR |
| Carolina Silver Technologies LLC<br>618 Carolina Avenue<br>Maiden, NC 28650-0157 | DeKroyft-Metz & Co<br>201 E. Adamst St.<br>Peoria, IL 61602 | Lepton, Ltd.<br>Attn:Wigley Chambers<br>P. O. Box 821<br>Anguilla, British West Indies |
| Cavalier Packaging Company<br>543 Hanley Industrial Ct<br>St. Louis, MO 63144 | DP Distribution & Consulting<br>15637 Fox Cove Circle<br>Moseley, VA 23120 | LHB Industries<br>P. O. Box 798124<br>St. Louis, MO 63179-8124 |

Marketing Assessment Inc.
c/o Peter Chambers
Suite 145
Sterling, VA 20166

Speciality Fibres & Materials Ltd.
P. O. Box 65
Harry Weston Road
Binley, Coventry CV3 2TQ

Mercy Surgical Dressing GR Inc.
4 Zesta Drive
Pittsburgh, PA 15205

UPS FREIGHT
28013 NETWORK PLACE
CHICAGO, IL 60673-1280

Microbiological Consultants, Inc.
1675 Ritter Blvd
Huntington, WV 25701

Valerio Francavilla
Via Nicola Romeo
No. 3
Milano, ITALY 20142-0000

Oliver, Price & Rhodes
1212 South Abington Road
Clarks Summit, PA 18411

Viering, Jentschura & Partner
P.O.Box 221443
Munchen, Munchen D-80504

Orkin Pest Control
217 McGee Road
Anderson, SC 29676

Wolf Greenfield & Sacks PC
600 Atlantic Avenue
Boston 02210-2206

Pabst Patent Group LLP
1545 Peachtree St
Suite 320
Atlanta, GA 30309

Peter Chambers
Suite 145
Sterling, VA 20166

Robin O'Hara
P. O. Box 1671
Cordova, TN 38088

Rockey, Depke & Lyons LLC
Sears Tower
Suite 5450
Chicago

S & S Concepts Inc.
405 Busse Road
Elk Grove Village, IL 60007