IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
) Case No. 11-25515
ARGENTUM MEDICAL, LLC, ) Chapter 11
) Judge Barnes
debtor/debtor-in-possession. )

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 24th day of July, 2012 at 10:30 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Timothy A. Barnes, Bankruptcy Judge, in the room usually occupied by him as courtroom 642 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **Debtor's Motion for Final Decree**, a copy of which was previously served upon you.

AT WHICH TIME and place you may appear if you so see fit.

/s/Scott R. Clar
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

STATE OF ILLINOIS )
)
COUNTY OF COOK )

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served electronically on the 19th day of June, 2012, before the hour of 5:00 p.m.

/s/Scott R. Clar

# SERVICE LIST

**Court's Electronic Registration:**

United States Trustee
219 S. Dearborn St., #873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

William Connelly
Hinshaw & Culbertson LLP
222 N. LaSalle, #300
Chicago, IL 60601
wconnelly@hinshawlaw.com

Richard S. Lauter
Freeborn & Peters LLP
311 S. Wacker Dr., #3000
Chicago, IL 60606
rlauter@freebornpeters.com,
bkdocketing@freebornpeters.com

Noble Biomaterials
c/o Daniel Johnson
Cozen O'Connor
333 W. Wacker Dr., #1900
Chicago, IL 60606
djohnson@cozen.com,
erodeghier@cozen.com

Noble Biomaterials
c/o Robert W. Hayes
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
rhayes@cozen.com

Jonathan P Friedland
Elizabeth B. Vandesteeg
Levenfeld Pearlstein, LLC
2 N. LaSalle, #1300
Chicago, IL 60602
jfriedland@lplegal.com,
ckrueger@lplegal.com
evandesteeg@lplegal.com,
nbailey@lplegal.com
Deborah K. Ebner
Law Office of Deborah Kanner Ebner
11 E. Adams, #904
Chicago, IL 60603
DKEbner@deborahebnerlaw.com,
webmaster@dentertrustee.com;
lizd@deborahebnerlaw.com

Steven Jakubowski
Levenfeld Pearlstein, LLC
2 N. LaSalle, #1300
Chicago, IL 60602
sjakubowski@lelpgal.com,
nbailey@lplegal.com

David Fischer
Edwards Wildman Palmer LLP
225 W. Wacker Dr., #3000
Chicago, IL 60606
fischer@wildman.com

Phillip W. Nelson
Yeni C. Estrada
Edwards Wildman Palmer LLP
225 W. Wacker Dr., #3000
Chicago, IL 60606
pnwlaon@edwardswildman.com,
ksoto@edwardswildman.com,
yestrada@edwardswildman.com,
kconnor@edwardswildman.com,
ECFFilings@edwardswildman.com

Gregg Silver
Argentum Medical LLC
3700 N. Lake Shore Dr., #106
Chicago, IL 60613
**Email**

Colette Luchetta-Stendel
Attorney at Law
45 East Maple Street
Lombard, Illinois 60148
**Email**

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
) Case No. 11-25515
ARGENTUM MEDICAL, LLC, a Delaware ) Chapter 11
limited liability corporation. )
) Judge Barnes
debtor/debtor-in-possession. )

## MOTION FOR ENTRY OF FINAL DECREE

Now comes ARGENTUM MEDICAL, LLC, a Delaware Limited Liability Corporation, confirmed debtor herein ("Debtor"), by its attorneys, Scott R. Clar and the law firm of Crane, Heyman, Simon, Welch & Clar, and in support of his Motion for Entry of Final Decree pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure, respectfully states as follows:

1. On June 17, 2011, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2. The Debtor has operated its business and managed its financial affairs as debtor-in-possession from the Petition Date through and including the date of the entry of the Order confirming the Debtor's Third Amended Plan of Reorganization, which was entered on April 26, 2012. No trustee or examiner has been appointed, and a committee of unsecured creditors has been appointed and is serving in this reorganization case.

3. A committee of unsecured creditors was appointed in the Debtor's Chapter 11 case, and no trustee or examiner has been appointed to serve in the Debtor's reorganization case.

4. The Debtor is a Delaware limited liability company that manufactures medical devices, primarily for the professional market, and is located at 3700 N. Lake Shore Dr., Suite 106, Chicago, Illinois 60613, and also maintains an operational facility at 464 Stamp Creek Road, Salem, South Carolina 29676.

5.  The Debtor's Plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code. Unsecured creditors have received full distribution under the Plan.

6.  The Debtor respectfully requests the entry of a Final Decree pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, for the foregoing reasons, ARGENTUM MEDICAL, LLC, a Delaware Limited Liability Corporation, prays for the entry of a Final Decree closing this Chapter 11 case and for such other relief as may be just and appropriate.

>               Respectfully Submitted,
>
>               SMY MEDIA, INC,
>               debtor/debtor-in-possession
>
>               By: /s/ Scott R. Clar
>                       One of its attorneys

**DEBTOR'S COUNSEL:**
SCOTT R. CLAR, ESQ.
(Atty. No. 06183741)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 S. LaSalle St., Suite 3705
Chicago, IL 60603
(312) 641-6777
\mjo\SMY Media\Final Decree.mot and NOT.wpd