**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **ARGENTUM MEDICAL, LLC** | ) | **Case No. 11 B 25515** |
| | ) | |
| **Debtor.** | ) | **Judge Timothy A. Barnes** |
| | ) | |

**THIRD AND FINAL INTERIM FEE APPLICATION OF LEVENFELD PEARLSTEIN, LLC AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE AND COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 1, 2012 THROUGH JULY 17, 2012**

Name of Applicant:  Levenfeld Pearlstein, LLC

Authorized to Provide Professional Services to: Official Committee of Unsecured Creditors

Date of Retention: Order entered  October 25, 2011, nunc pro tunc to September 21, 2011

Period for Which Compensation is Sought: March 1, 2012 - July 17, 2012

Amount of Compensation Sought as Actual, Reasonable and Necessary: $16,960.25

Amount of Expenses Sought for Reimbursement as Actual, Reasonable and Necessary: $905.50

This is a __ monthly:  **X  quarterly**:  **X  final application**.

This is Levenfeld Pearlstein, LLC's Third and Final interim fee statement in this case.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** ) | **Chapter 11** | |
| ) | | |
| **ARGENTUM MEDICAL, LLC** ) | **Case No. 11 B 25515** | |
| ) | | |
| Debtor. ) | **Judge Timothy A. Barnes** | |
| ) | | |

**THIRD AND FINAL INTERIM APPLICATION OF LEVENFELD PEARLSTEIN, LLC, COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Levenfeld Pearlstein, LLC ("Levenfeld"), counsel for the Unsecured Creditors' Committee appointed in this Chapter 11 case of Argentum Medical, LLC (the "Debtor"), hereby submits its Third and Final Interim Fee Application for Allowance of Compensation and Reimbursement of Expenses (the **"Application"**) seeking allowance and payment, pursuant to, sections 330 and 331 of title 11 of the United States Code (the **"Bankruptcy Code"**) and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the **"Bankruptcy Rules"**). By this Application, Levenfeld seeks approval and allowance of compensation in the amount of $16,960.25 and reimbursement of expenses in the amount of $905.50 for a total of $17,865.75. These amounts represent 100% of the actual fees and expenses incurred by Levenfeld for legal services rendered on behalf of the Committee during the period from March 1, 2012 through July 17, 2012 (**"Third and Final Interim Period"**).

### Jurisdiction

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and reference from the District Court for the Northern District of Illinois pursuant to 28 U.S.C. § 157. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. The statutory bases for the relief sought herein are Bankruptcy Code § 327(a) and Rule 2014(a) of the Bankruptcy Rules.

### Background

3. On June 17, 2011 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

4. On September 14, 2011 the United States Trustee appointed the Committee of Unsecured Creditors (Docket No. 63).

*5.* On October 25, 2011 the Court entered an Order approving the Committee's retention of Levenfeld Pearlstein LLC as counsel to the Official Committee of Unsecured Creditors, retroactive to September 21, 2011 (the **"Retention Order"**). A copy of the Retention Order is attached hereto as *Exhibit A*.

### RELIEF REQUESTED

6. This is Levenfeld's Third and Final Interim Fee Application. The Application covers the time period beginning March 1, 2012 and ending July 17, 2012.

7. As further detailed in the invoices attached hereto as *Exhibits B thru H*, Levenfeld requests compensation for the professionals and paraprofessionals who have provided services to the Committee in these cases during the Third and Final Interim Period. A summary

of the professionals who have provided services during the Third and Final Interim Period are summarized as follows:

| PROFESSIONAL | SPECIALTY | HOURLY RATE | TOTAL HOURS | TOTAL VALUE |
|---|---|---|---|---|
| Jonathan P. Friedland | Restructuring | $472.50 | 3.80 | $1,795.50 |
| Steven Jakubowski | Restructuring | $472.50 | 3.90 | $1,842.75 |
| Elizabeth B. Vandesteeg | Restructuring | $357.00 | 28.80 | $10,281.60 |
| Michelle M. McGinnis | Paralegal | $220.50 | 8.80 | $1,940.40 |
| Yolanda Pinkney | Paralegal | $200.00 | 5.50 | $1,100.00 |

8.  The services performed by Levenfeld during this Third and Final Interim Period have been categorized into project summaries. The following is a summary of Levenfeld's request by project category:

| TITLE OF CATEGORY | FEES SOUGHT |
|---|---|
| Bankruptcy Litigation | $3,248.70 |
| Case Administration | $2,531.55 |
| Claims/ Admin/ Objection | $487.20 |
| Compensation- Professionals (Others) | $107.10 |
| Plan and Disclosure Statement | $5,335.05 |
| LP Fee Applications | $5,250.65 |

Each project summary is further detailed in *Exhibits B thru H*, which are attached to the Application and incorporated herein by reference, includes detailed time entries showing the services provided in the category, the attorney providing the service, the date the service was provided, the time incurred and the value of such time.

## SUMMARY OF SERVICES RENDERED

### EXHIBIT B – Bankruptcy Litigation.

This category includes time spent on various litigation in the case to date, namely the Debtor's efforts to have a settlement approved with Noble, Freeborn and other claims, and ongoing issues related to discovery sought by Noble. Levenfeld spent 9.1 hours of attorney time (EBV: 9.1) on the foregoing services, as are more fully described in *Exhibit B*. Said services have a value of $3,248.70 for which Levenfeld is seeking compensation.

### EXHIBIT C - Case Administration.

This category includes time reviewing day-to-day filings, and giving attention to overall case strategy and tactics. Levenfeld spent 8.7 hours of attorney and paralegal time (JPF: 0.4; EBV: 3.2; SRJ: .3; MMG: 4.8) on the forgoing services, as are more fully described in *Exhibit C*. Said services have a value of $2,531.55 for which Levenfeld is seeking compensation.

### EXHIBIT D-Claims/ Admin/ Objection.

This category includes time addressing various potential issues related to the validity of claims against the estate. Levenfeld spent 1.3 hours of attorney and paralegal time (JPF: 0.2; EBV: 1.1) on the forgoing services, as are more fully described in *Exhibit D*. Said services have a value of $487.20 for which Levenfeld is seeking compensation.

### EXHIBIT E-Compensation- Professionals (Others).

This category includes time analyzing compensation of the Debtor's professionals, and reviewing the related pleadings and documents. Levenfeld spent 0.3 hours of attorney time (EBV: 0.3) on the forgoing services, as is more fully described in *Exhibit E*. Said services have a value of $107.10 for which Levenfeld is seeking compensation.

### EXHIBIT F- Plan and Disclosure Statement

This category includes time for review and analysis regarding the Debtor's disclosure statements and proposed plan and amended plans of reorganization, analysis regarding various potential objections to same, and negotiations with the Debtor regarding certain changes sought by the Committee. Levenfeld spent 13.1 hours of attorney and paralegal time (JPF: 3.2; SRJ: 2.5; EBV: 7.4) on the forgoing services, as are more fully described in *Exhibit F*. Said services have a value of $5,335.50 for which Levenfeld is seeking compensation.

### EXHIBIT G- LP Fee Applications

This category includes time spent reviewing bills and costs and preparing Levenfeld's Second and Third and Final fee applications. Levenfeld spent 18.3 hours of attorney time (SRJ: 1.1;

EBV: 7.7; MMG: 4.0; YXP: 5.5) on the forgoing services, as are more fully described in *Exhibit G*. Said services have a value of $5,250.65 for which Levenfeld is seeking compensation.

## EXPENSES

9. Levenfeld expended the sum of $905.50 for reasonable and necessary expenses incurred in connection with its representation of the Committee during the Third and Final Interim Period.

10. Levenfeld has incurred the following expenses in rendering professional services in this case:

| TITLE OF CATEGORY | EXPENSES SOUGHT |
|---|---:|
| Pacer | $62.00 |
| Duplication Charges | $423.50 |
| Postage | $420.00 |

Such expenses are described in detail in *Exhibit H* attached hereto.

## NO PRIOR REQUEST

11. No prior request for the relief sought in the Application has been made to this or any other Court.

## SUMMARY AND CONCLUSION

12. During the Third and Final Interim Period, Levenfeld expended a total of 50.8 billable hours for actual and necessary services rendered on behalf of the Committee, totaling $16,960.25  In addition, Levenfeld has advanced various out-of-pocket expenses totaling $905.50, an itemization of the nature and amounts of which is contained in the invoices attached hereto as *Exhibits B through H*.

13. Applicant has not shared and will not share with others compensation for services rendered in this case, except for the sharing of such compensation among the partners of the Applicant, as permitted by Federal Rule of Bankruptcy Procedure 2016.

**WHEREFORE**, Levenfeld requests that the Court approve this Application and enter an order:

(i) Approving and allowing Levenfeld the amount of $16,960.25 in compensation for the period March 1, 2012 through July 17, 2012;

(ii) Approving and allowing Levenfeld reimbursement of $905.50 of actual and necessary expenses incurred in connection with such services for the period March 1, 2012 through July 17, 2012;

(iii) Approving the total amount of $17,865.75 as an administrative expense in this case;

(iv) Authorizing the Debtor to pay Levenfeld $17,865.75 as promptly as possible; and

(v) Granting Levenfeld such other and further relief as may be appropriate.

**Dated**: July 17, 2012

Respectfully submitted,

/s/ Elizabeth B. Vandesteeg
Jonathan Friedland (ARDC #6257902)
Elizabeth B. Vandesteeg (ARDC #6291426)
LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St., Suite 1300
Chicago, IL 60602
Telephone: 312-346-8380
Facsimile: 312-346-8434
*Counsel to the Official*
*Committee of Unsecured Creditors*