UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>ARGENTUM MEDICAL, LLC<br><br><br>Debtor(s) | BK No.: 11-25515<br><br>Chapter: 11<br>Honorable Timothy A. Barnes |

## ORDER ALLOWING FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES TO DEBTOR'S COUNSEL

THIS MATTER COMING TO BE HEARD upon the Motion of Argentum Medical, LLC, a Delaware limited liability company, debtor/debtor-in-possession ("Debtor") herein, for allowance of final compensation and reimbursement of expenses to Crane, Heyman, Simon, Welch & Clar (CHSWC") as its Counsel, pursuant to Sections 330 and 331 of the Bankruptcy Code; proper notice having been provided; no objections having been interposed; this Court being fully advised in the premises;

IT IS HEREBY ORDERED as follows:

A) CHWSC is allowed final compensation and reimbursement of expenses for its representation of the Debtor during the period June 17, 2011 through and including June 25, 2012, in the amounts of $160,191.00 and $7,886.55, respectively;

B) All prior allowances of interim compensation and reimbursement of expenses are approved under Section 330 of the Bankruptcy Code; and

C) The Debtor is authorized and directed to immediately pay all sums allowed under this Order to CHSWC from available funds in this estate.

Enter:

Dated: -9 AUG 2012

United States Bankruptcy Judge

**Prepared by:**
SCOTT R. CLAR, ESQ.
(Atty. No. 06183741)
JOHN H. REDFIELD, ESQ.
(Atty. No. 2298090)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 S. LaSalle St., Suite 3705
Chicago, IL 60603
(312) 641-6777
mjo\argentum\pay chswc final.ord - rev

Rev: 20120501_bko