UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  11-25515 |
| ARGENTUM MEDICAL, LLC | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Timothy A. Barnes |
| | ) | |
| Debtor(s) | ) | |

**ORDER ALLOWING FINAL COMPENSATION AND
REIMBURSEMENT OF EXPENSES TO DEBTOR'S SPECIAL PATENT COUNSEL**

THIS MATTER COMING TO BE HEARD upon the Motion of Argentum Medical, LLC, a Delaware limited liability company, debtor/debtor-in-possession ("Debtor") herein, for allowance of final compensation and reimbursement of expenses to Pabst Patent Group, LLP ("Pabst") as its Special Patent Counsel, pursuant to Sections 330 and 331 of the Bankruptcy Code; proper notice having been provided; no objections having been interposed; this Court being fully advised in the premises;

IT IS HEREBY ORDERED as follows:

A) Pabst is allowed final compensation and reimbursement of expenses for its representation of the Debtor during the period June 17, 2011 through and including April 26, 2012, in the amounts of $61,544.75 and $15,828.42, respectively;

B) All prior allowances of interim compensation and reimbursement of expenses are approved under Section 330 of the Bankruptcy Code; and

C) The Debtor is authorized and directed to immediately pay all sums allowed under this Order to CHSWC from available funds in this estate.

Enter:

/s/ [signature]

United States Bankruptcy Judge

Dated: -9 AUG 2012

**Prepared by:**
SCOTT R. CLAR, ESQ.
(Atty. No. 06183741)
JOHN H. REDFIELD, ESQ.
(Atty. No. 2298090)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 S. LaSalle St., Suite 3705
Chicago, IL 60603
(312) 641-6777

Rev: 20120501_bko