UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 11-25515
ARGENTUM MEDICAL, LLC )
) Chapter: 11
) Honorable Timothy A. Barnes
)
)
Debtor(s) )

### ORDER ON MOTION FOR ENTRY OF FINAL DECREE
### & SUPPLEMENTAL MOTION FOR EXPEDITED HEARING ON FINAL DECREE

This matter coming to be heard upon the Debtor's Motion for Entry of Final Decree (Doc. 363) (the "Motion"), Freeborn & Peters LLP's Objection to Motion For Entry of Final Decree (Doc. 382) (the "Objection"), and the Supplemental Motion for Expedited Hearing on Final Decree (Doc. 393) (the "Supplemental Motion") whereby the Debtor seeks entry of a final decree and closure of the above-captioned Chapter 11 case.

Based on a review of the record on this proceeding and representations from counsel, the Court hereby finds as follows:

1. Notice has been properly given herein;

2. Jurisdiction is proper before this Court;

3. The Debtor's Motion to Approve Settlement Agreement Resolving Claim No. 8-1 of Freeborn & Peters LLC was granted April 25, 2012 (Doc. 338);

4. The Debtor's Third Amended Plan of Reorganization (Doc. 180), filed on January 31, 2012, was confirmed by this Court on April 26, 2012 (Doc. 339); and

5. The bankruptcy estate has been fully administered pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 3022-1.

Accordingly, IT IS HEREBY ORDERED as follows:

(a) The Debtor and Silverlon Investment Group ("SIG") shall continue the $350,000 escrow in favor of Freeborn & Peters LLP ("F&P") until such time as the District Court for the Northern District of Illinois (the "District Court") enters a finding of good faith pursuant to the Illinois Joint Tortfeasor Contribution Act, 740 ILCS 100/2 and F&P is paid in full under terms of the Settlement Agreement approved by this Court, the Settlement Agreement is deemed null and void because the District Court denies, with prejudice, entry of a good faith finding or until March 1, 2013, whichever event occurs first;

(b) Pursuant to the terms of the order confirming the Debtor's Third Amended Plan of Reorganization, the Debtor and SIG shall not unreasonably reject requests from F&P to extend the escrow agreement;

Rev: 20120501_bko

(c) F&P's Objection is withdrawn;

(d) The Motion and Supplemental Motion are granted subject to this Court reserving jurisdiction over any and all matters involving F&P's proof of claim against the Debtor's bankruptcy estate and the court-approved settlement thereof. In the event that the Settlement Agreement between the Debtor, Gregg Silver and Thomas Miller and F&P is rendered null and void, F&P or another party-in-interest may reopen this Chapter 11 case to resolve the merits of F&P's proof of claim and any objections thereto; and

(e) The above-captioned Chapter 11 case is closed.

Enter:

United States Bankruptcy Judge

Dated: 9-5-2012

**Prepared by:**
SCOTT R. CLAR, ESQ.
(Atty. No. 06183741)
JOHN H. REDFIELD, ESQ.
(Atty. No. 2298090)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 S. LaSalle St., Suite 3705
Chicago, IL 60603
(312) 641-6777
\mjo2\argentum\final decree-exp hrg.Ord

Rev: 20120501_bko